No. 66942.—Eric Wedemeyer, Inc., et al. *v.* United States, protests 59/27377, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of vacuum brush cleaners similar in all material respects to those the subject of *Bruce Duncan Company, a/c Sims-Worms* v. *United States* (45 Cust. Ct. 85, C.D. 2202), the claim of the plaintiffs was sustained.

No. 66943.—D. C. Andrews & Company of Mass. *v.* United States, protest 60/2436 (Boston).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of articles similar in all material respects to those the subject of Abstract 66225, the claim of the plaintiff was sustained.

No. 66944.—Philipp Bros. Ore Corp. *v.* United States, protest 61/685(A) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise is the same in all material respects as that the subject of *Firth Sterling, Inc.* v. *United States* (48 C.C.P.A. 130, C.A.D. 779), the claim of the plaintiff was sustained.